

## STAMOULIS & WEINBLATT LLC
*Intellectual Property & Delaware Corporate Law*

Richard C. Weinblatt
weinblatt@swdelaw.com

**VIA CM/ECF**

February 11, 2016

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:   *Kaavo Inc. v. Amazon.com, Inc and Amazon Web Services, Inc.,*
            C.A. No. 1:14-cv-353-LPS;

            *Kaavo Inc. v. BMC Software, Inc.,*
            C.A. No. 1:14-cv-1191-LPS-CJB;

            *Kaavo Inc. v. Cognizant Technology Solutions Corporation,*
            C.A. No. 1:14-cv-1192-LPS-CJB; and

            *Kaavo Inc. v. Tier 3, Inc. et al.,*
            C.A. No. 1:14-cv-1193-LPS-CJB

Dear Judge Burke:

Civil Action Nos. 1:14-cv-353 and 1:14-cv-1191 through -1193 were stayed pending your decision regarding the § 101 motions filed in Civil Action Nos. 1:14-cv-1192 and -1193. On February 5, 2015, Your Honor decided the motions, and the cases remain pending. Accordingly, Kaavo respectfully requests the Court lift the stay and set a date for the scheduling conference to occur.

Counsel are available at the Court's convenience prior to the conference should Your Honor have any questions.

                                                    Very truly yours,

                                                    */s/ Richard C. Weinblatt*

                                                    Richard C. Weinblatt (#5080)
                                                    of Stamoulis & Weinblatt LLC

cc:   The Honorable Leonard P. Stark
       All Registered Counsel (via CM/ECF)

**TWO FOX POINT CENTRE**
6 Denny Road | Suite 307 | Wilmington, DE 19809 | T 302 999-1540
*www.swdelaw.com*